UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLENNA GODWIN ) | |
| ) | |
| v. ) | No. 3:04-00606 |
| ) | JUDGE CAMPBELL |
| JOHN E. POTTER, ) | |
| Postmaster General, United States ) | |
| Postal Service ) | |

ORDER

Pending before the Court are Defendant's Motion For Summary Judgment On Plaintiff's Remaining Claims (Docket No. 73), Defendant's Motion to Strike Late-Filed Pleading (Docket No. 98), and Plaintiff's Motion For Leave To File Late Pleading (Docket No. 105).

Plaintiff's Motion For Leave To File Late Pleading (Docket No. 105) is GRANTED, and Defendant's Motion to Strike Late-Filed Pleading (Docket No. 98) is DENIED, as moot.

For the reasons set forth in the accompanying Memorandum, Defendant's Motion For Summary Judgment is GRANTED, and this case is DISMISSED. This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE